**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 22, 2025**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

ELVIS LAZO-RUVI,

     Defendant - Appellant.

No. 24-1414
(D.C. No. 1:23-CR-00462-RMR-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT***
_____

Before **HARTZ**, **KELLY**, and **EID**, Circuit Judges.
_____

The government moves to enforce Elvis Lazo-Ruvi's appeal waiver. *See*

*United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc) (per curiam).

Mr. Lazo-Ruvi does not object to the motion, so we grant it. This appeal is

dismissed.

Entered for the Court

Per Curiam

---

    * This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.